06-21360.o8

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
CASE NO. 06-21360-CIV-BROWN
**THIS IS A CONSENT CASE**

PAULA PEREZ,
    Plaintiff,

vs.

THE FINISH LINE, INC., a foreign corporation;
VOORHEES STUDIOS, INC., a foreign
corporation; MICHAEL VOORHEES; MC2
MODELS MIAMI, LLC, a Florida limited
liability company f/k/a KARIN MODEL, USA,
LLC and KHALID SALAAM,
    Defendants.
_____/

## ORDER GRANTING MOTION TO COMPEL DEPOSITION

**THIS MATTER** is before the Court on Plaintiff's Motion to Compel Scheduling the Deposition of Defendant, Khalid Salaam, filed July 30, 2007 [D.E. 177]. The Court has considered the motion, noted the lack of a response thereto, and considered all pertinent materials in the file. The failure to respond may be deemed grounds to grant the motion by default pursuant to Local Rule 7.1.C.

Therefore, and the Court being otherwise fully advised in the premises it is hereby **ORDERED AND ADJUDGED** as follows:

1. Said motion be and the same is hereby **GRANTED**.

2. Defendant Salaam shall appear for deposition and the place, date, and time set by plaintiff's counsel, on no less than five (5) business days notice.

**DONE AND ORDERED** this 22nd day of August, 2007 at Miami, Florida.

STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

cc:    Counsel of record